# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HAI VAN VU,

          Petitioner,

    v.

TERESA A. BANKS, Warden,

          Respondent.

NO. CV 07-5658 DDP(SS)

**JUDGMENT**

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 12, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE